UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.

      Debtor.

BRADLEY D. SHARP,                          CIV. NO. S-10-810 LKK

      Plaintiff,

         v.

SCOTT SALYER, et al.,

      Defendants.
_____/

IN RE:

SK FOODS, L.P.

      Debtor.

BRADLEY D. SHARP,                          CIV. NO. S-10-811 LKK

      Plaintiff,

         v.

SKF AVIATION, LLC, et al.,

      Defendants.
_____/

1  IN RE:

2  SK FOODS, L.P.

3          Debtor.

4  BRADLEY D. SHARP,                          CIV. NO. S-10-812 LKK

5          Plaintiff,

6               v.

7  SSC FARMS 1, LLC, et al.,

8          Defendants.
   _____/
9  IN RE:

10  SK FOODS, L.P.

11          Debtor.

12  BRADLEY SHARP,                            CIV. NO. S-10-1492 LKK

13          Plaintiff,

14               v.

15  SSC FARMS 1, LLC, et al.,

16          Defendants.
    _____/
17  ////

18  ////
    IN RE:
19
    SK FOODS, L.P.                            CIV. NO. S-10-1493 LKK
20
            Debtor.
21  _____/

22  ////

23  ////

24  ////

25  ////

26  ////

```
 1   IN RE:

 2   SK FOODS, L.P.

 3             Debtor.

 4   BRADLEY SHARP,                          CIV. NO. S-10-1496 LKK

 5             Plaintiff,

 6                  v.

 7   CSSS, L.P., et al.,

 8             Defendants.
                                        /
 9   IN RE:

10   SK FOODS, L.P.

11             Debtor.

12   BRADLEY SHARP,                          CIV. NO. S-10-1497 LKK

13             Plaintiff,

14                  v.

15   FRED SALYER IRREVOCABLE
     TRUST, et al.,
16
               Defendants.
17                                      /

18   IN RE:

19   SK FOODS, L.P.

20             Debtor.

21   BRADLEY SHARP,                          CIV. NO. S-10-1498 LKK

22             Plaintiff,

23                  v.

24   SKF AVIATION, LLC., et al.,

25             Defendants.
                                        /
26
```

1   IN RE:

2   SK FOODS, L.P.

3          Debtor.

4   BRADLEY SHARP,                                CIV. NO. S-10-1499 LKK

5          Plaintiff,

6               v.

7   SCOTT SALYER, et al.,

8          Defendants.
    _____/
9   IN RE:

10  SK FOODS, L.P.

11         Debtor.

12  BRADLEY SHARP,                                CIV. NO. S-10-1500 LKK

13         Plaintiff,

14              v.
                                                  O R D E R
15  SCOTT SALYER, et al.,

16         Defendants.
    _____/
17

18      Currently before this court are two sets of bankruptcy appeals

19  that this court related to a criminal matter before it, United

20  States of America v. Frederick Scott Salyer, 2:10-cr-00061-LKK-GGH.

21  The first set of appeals bear the following case numbers: (1) 2:10-

22  cv-00810-LKK; (2) 2:10-cv-00811-LKK; and (3) 2:10-cv-00812-LKK. The

23  parties filed identical briefs in each of these cases. The second

24  set of appeals bear the following case numbers: (1) 2:10-cv-01492-

25  LKK; (2) 2:10-cv-01493-LKK; (3) 2:10-cv-01496-LKK; (4) 2:10-cv-

26  01497-LKK; (5) 2:10-cv-01498-LKK; (6) 2:10-cv-01499-LKK; (7) 2:10-

4

1  cv-01500-LKK. Likewise, the parties filed identical briefs in each

2  of these cases. Briefing is now complete on both sets of appeals.

3       Further, the Bankruptcy Trustee has filed a Motion to Dismiss

4  the second set of bankruptcy appeals and a Motion to Strike a

5  declaration attached to defendants' opening brief in the second set

6  of bankruptcy appeals. These motions are currently set to be heard

7  on September 27, 2010.

8       The court has determined that both sets of appeals and the two

9  motions should be heard together. For the foregoing reasons the

10 court orders as follows:

11      (1)  The above-captioned bankruptcy appeals shall be heard on

12           October 12, 2010 at 10:00 a.m.

13      (2)  The hearings on the motions to dismiss and to strike

14           filed in the second set of bankruptcy appeals are

15           CONTINUED to October 12, 2010 at 10:00 a.m.

16      IT IS SO ORDERED.

17      DATED:  September 16, 2010.

18

19

20      _____
        LAWRENCE K. KARLTON
21      SENIOR JUDGE
        UNITED STATES DISTRICT COURT
22

23

24

25

26