```
                     UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff,
               v.                        CR. NO. S-10-061 LKK
FREDERICK SCOTT SALYER,
          Defendant.
_____/
IN RE:
SK FOODS, L.P.,
          Debtor.
BRADLEY D. SHARP,                        CIV. NO. S-10-810 LKK
          Plaintiff,
               v.
SCOTT SALYER, et al.,
          Defendants.
_____/
////
////
////
```

```
 1  IN RE:

 2  SK FOODS, L.P.,

 3          Debtor.

 4  BRADLEY D. SHARP,                    CIV. NO. S-10-811 LKK

 5          Plaintiff,

 6             v.

 7  SKF AVIATION, LLC, et al.,

 8          Defendants.
                                     /
 9  IN RE:

10  SK FOODS, L.P.,

11          Debtor.

12  BRADLEY D. SHARP,                    CIV. NO. S-10-812 LKK

13          Plaintiff,

14             v.

15  SSC FARMS 1, LLC, et al.,

16          Defendants.
                                     /
17  IN RE:

18  SK FOODS, L.P.,

19          Debtor.

20  ROBERT PRUETT,                       CIV NO. S-12-669 MCE

21          Appellant,

22             v.                        RELATED CASE ORDER

23  BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,
24
            Appellee.
25                                   /

26  ////
```

The above-captioned case is an appeal of an order of the Bankruptcy Court holding Robert Pruett (and others) in contempt for violating a preliminary injunction. The court is in receipt of the Trustee's notice that this case is related to <u>Sharp v. Salyer (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-810 LKK, <u>Sharp v. SKF Aviation, LLC (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-811 LKK, and <u>Sharp v. SSC Farms 1, LLC (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-812 LKK. This court previously upheld the preliminary injunctions on appeal from the related cases.

Accordingly the court ORDERS as follows:

1. The bankruptcy appeal denominated Civ. No. 2:12-cv-669 MCE is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:12-cv-669 LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: March 29, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT