UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,

          Plaintiff,

               v.                        CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

          Defendant.
                                     /
IN RE:

SK FOODS, L.P.,

          Debtor.

BRADLEY D. SHARP,                        CIV. NO. S-10-810 LKK

          Plaintiff,

               v.

SCOTT SALYER, et al.,

          Defendants.
                                     /
```

////

////

////

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3           Debtor.
 4  ROBERT PRUETT,                              CIV NO. S-12-669 LKK
 5           Appellant,
 6               v.
 7  BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,
 8
             Appellee.
 9  _____/
    IN RE:
10
    SK FOOD, L.P., a California
11  limited partnership, et al.,
12           Debtors.
13  BRADLEY D. SHARP, Chapter 11
    Trustee,
14
             Appellant,                        CIV NO. S-12-775 LKK
15
                 v.
16
    SSC FARMS 1, LLC, et al.,
17
             Appellees.
18  _____/
19  ////
20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
```

2

```
 1  IN RE:
 2  SK FOODS, L.P., a California
    limited partnership,
 3
              Debtor.
 4
    CARY COLLINS and COLLINS &
 5  ASSOCIATES,
 6            Appellants,                  CIV. NO. S-12-0655 GEB
 7                v.
 8  BRADLEY D. SHARP, Chapter 11
    Trustee,
 9            Appellee.
    _____/
10  IN RE:
11  SK FOODS, L.P., a California
    limited partnership, et al.,
12
              Debtors.
13
    SSC FARMS 1, LLC, et al.,
14
              Appellants,                  CIV. NO. S-12-0894 JAM
15
                  v.
16
    BRADLEY SHARP, et al.,                 RELATED CASE ORDER
17
              Appellees.
18  _____/
```

    The above-captioned cases are bankruptcy appeals. The court is in receipt of notices that the above-captioned appeals are related to <u>Sharp v. Salyer (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-810 LKK (and its previously related cases), and also to <u>Pruett v. SSC Farms (In re SK Foods, L.P.)</u>, Civ. No. 2:12-669 LKK and <u>Sharp v. SSC Farms (In re SK Foods, L.P.)</u>, Civ. No. 2:12-775 LKK.

    Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

1    Accordingly the court ORDERS as follows:

2    1.   The bankruptcy appeals denominated Civ. No. 2:12-cv-655 GEB and Civ. No. 2:12-cv-894 JAM are REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-cv-655 LKK and Civ. No. 2:12-cv-894 LKK.

7    2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

10   IT IS SO ORDERED.

11   DATED:  April 13, 2012.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

4