```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,
11          Plaintiff,
12             v.                        CR. NO. S-10-061 LKK
13  FREDERICK SCOTT SALYER,
14          Defendant.
                                      /
15  IN RE:
16  SK FOODS, L.P.,
17          Debtor.
18  BRADLEY D. SHARP,                    CIV. NO. S-10-810 LKK
19          Plaintiff,
20             v.
21  SCOTT SALYER, et al.,
22          Defendants.
                                      /
23
24  ////
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  BRADLEY D. SHARP,                          CIV. NO. S-10-811 LKK
 5          Plaintiff,
 6             v.
 7  SKF AVIATION, LLC, et al.,
 8          Defendants.
                                        /
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  BRADLEY D. SHARP,                          CIV. NO. S-10-812 LKK
13          Plaintiff,
14             v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
                                        /
17  IN RE:
18  SK FOODS, L.P., a California
    Limited Partnership,
19
            Debtor.
20
    SCOTT SALYER, individually and             CIV NO. S-12-1292 GEB
21  as trustee of the Scott Salyer
    Revocable Trust, et al.,
22
            Appellants,
23
               v.
24
    BRADLEY D. SHARP, CHAPTER 11 TRUSTEE,      RELATED CASE ORDER
25
            Appellee.
26                                      /
```

1    The court is in receipt of a notice that Salyer v. Sharp (In re SK Foods, L.P.), Civ. No. 2:12-cv-1292-GEB, is related to Civ. Nos. 2:10-cv-810-LKK, 2:10-cv-811-LKK and 2:10-cv-812-LKK. Examination of the cases shows that they are related. Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

   Accordingly the court ORDERS as follows:

   1. The case denominated Civ. No. 2:12-cv-1292-GEB is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:12-cv-1292-LKK.

   2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

   IT IS SO ORDERED.

   DATED: June 12, 2012.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

3