```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

          Plaintiff,

              v.                        CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

          Defendant.
                                    /
IN RE:

SK FOODS, L.P.,

          Debtor.
BRADLEY D. SHARP,                       CIV. NO. S-10-810 LKK

          Plaintiff,

              v.

SCOTT SALYER, et al.,

          Defendants.
                                    /

////

////

////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3           Debtor.
 4  BRADLEY D. SHARP,                          CIV. NO. S-10-811 LKK
 5           Plaintiff,
 6              v.
 7  SKF AVIATION, LLC, et al.,
 8           Defendants.
                                    /
 9  IN RE:
10  SK FOODS, L.P.,
11           Debtor.
12  BRADLEY D. SHARP,                          CIV. NO. S-10-812 LKK
13           Plaintiff,
14              v.
15  SSC FARMS 1, LLC, et al.,
16           Defendants.
                                    /
17  IN RE:
18  SK FOODS, L.P., a California
    Limited Partnership,
19
             Debtor.
20
    SCOTT SALYER, individually and             CIV NO. S-12-1292 GEB
21  as trustee of the Scott Salyer
    Revocable Trust, et al.,
22
             Appellants,
23
                v.
24
    BRADLEY D. SHARP, CHAPTER 11 TRUSTEE,      RELATED CASE ORDER
25
             Appellee.
26                                  /
```

2

1  The court is in receipt of a notice that <u>Salyer v. Sharp (In re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1292-GEB, is related to Civ. Nos. 2:10-cv-810-LKK, 2:10-cv-811-LKK and 2:10-cv-812-LKK. Examination of the cases shows that they are related. Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

Accordingly the court ORDERS as follows:

1. The case denominated Civ. No. 2:12-cv-1292-GEB is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:12-cv-1292-LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 12, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT